IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DAVID BEARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CV 00-H-1308-S |
| | ) | |
| WILLIAM GULLAHORN, CIRCUIT JUDGE OF MARSHALL COUNTY, ALABAMA, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 3, 2000, recommending that the petition for writ of mandamus be denied. The petitioner filed objections to the report and recommendation on July 13, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the petition for writ of mandamus is due to be denied. A Final Judgment will be entered.

DATED this 20th day of July, 2000.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE